# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

EDWARD V. LOPEZ,

    Petitioner,

-vs-                                                Case No.  8:10-CV-2699-T-30TGW

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

## **ORDER**

Before the Court is Petitioner's construed application for a certificate of appealability ("COA") (Dkt. 7).  "A [COA] may issue … only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To merit a COA, Petitioner must show that reasonable jurists would find debatable both (1) the merits of the underlying claims and (2) the procedural issues he seeks to raise.  *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 478 (2000); *Eagle v. Linahan*, 279 F.3d 926, 935 (11th Cir 2001).

When the Court dismissed Petitioner's 28 U.S.C. § 2254 petition as time-barred, it also determined that Petitioner was not entitled to a certificate of appealability (see Dkt. 2 at pg. 5).[1] Nothing in Petitioner's construed application for a certificate of appealability

---

[1] See Rule 11(a), Rules Governing Habeas Corpus Cases under Section 2254 (2010) ("The district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant.").

convinces the Court that Petitioner has made a substantial showing of the denial of a constitutional right.

Accordingly, the Court **ORDERS** that Petitioner's construed application for a certificate of appealability (Dkt. 7) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on April 11, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy to: Petitioner *pro se*